# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | | |
|---|---|---|
| LS CLOUD STORAGE TECHNOLOGIES, LLC,<br>*Plaintiff*<br><br>-vs-<br><br>MICROSOFT CORPORATION,<br>*Defendant* | §§§§§§§§§§ | W-22-CV-00321-ADA |

## ORDER VACATING REFERRAL ORDER

The referral of this case to Magistrate Judge Derek T. Gilliland (ECF No. 56) is hereby vacated.

SIGNED this 25th day of July, 2022.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE